IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: December 30, 2009

_Randolph J. Haines_
RANDOLPH J. HAINES
U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24676/0326166063

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Emery Nealon White and Sharon Rose White<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns<br>        Movant,<br>   vs.<br><br>Emery Nealon White and Sharon Rose White, Debtors; David M. Reaves, Trustee.<br><br>        Respondents. | No. 2:09-bk-19263-RJH<br><br>Chapter 7<br><br>AMENDED O R D E R<br><br>(Related to Docket # 9) |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 22, 2007, and in the office of the Maricopa County Recorder at wherein Mortgage Electronic Registration Systems, Inc., as nominee for

HomEq Servicing Corporation, its successors and/or assigns is the current beneficiary and Emery Nealon White and Sharon Rose White have an interest in, further described as:

 Lot 223, BRAEMAR GLEN UNIT 3, according to Book 165 of Maps, Page 18, records of Maricopa County, Arizona.

 IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

 DATED this ____ day of _____, 2009.

               _____
               JUDGE OF THE U.S. BANKRUPTCY COURT